1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11    TODD BENNETT,                              CASE NO.   1:09-cv-00879-LJO-SKO

12                        Plaintiff,            **ORDER ON REQUEST FOR**
                                                **STIPULATED PROTECTIVE ORDER**
13        v.

14
      S M I T H K L I N E     B E E C H A M
15    CORPORATION

16                        Defendant.
                                                          /
17    _____

18        On July 26, 2010, the parties filed a stipulated request for a protective order regarding

19    confidential discovery materials.  The Court has reviewed the stipulation and request for a protective

20    order.  In its current form, the Court cannot grant the request for a protective order because the

21    stipulation and proposed order do not comply with *new* Local Rule ("L.R.") 141.1.  Pursuant to L.R.

22    141.1(d), any proposed order submitted by the parties must contain the following provisions:

23            (1)    A description of the types of information eligible for protection under the
                     order, with the description provided in general terms sufficient to reveal the
24                   nature of the information (e.g., customer list, formula for soda, diary of a
                     troubled child);
25            (2)    A showing of particularized need for protection as to each category of
                     information proposed to be covered by the order; and
26            (3)    A showing as to why the need for protection should be addressed by a court
                     order, as opposed to a private agreement between or among the parties.
27

28        Specifically, the stipulation and proposed order do not contain any showing as to why the

1

need for protection should be addressed by court order as opposed to a private agreement.  If the parties would like the Court to consider their stipulation and request, they are directed to refile a stipulation and proposed order that complies with L.R. 141.1(d).

    Accordingly, IT IS HEREBY ORDERED THAT:

  1.  The parties refile a revised stipulation and proposed order for a protective order that complies with L.R. 141.1(d).

  2.  If, upon further consideration, the parties determine that there is no need for a Court order due to a private agreement between them, they shall withdraw their request for a protective order.

IT IS SO ORDERED.

**Dated:  July 28, 2010**        **/s/ Sheila K. Oberto**
              UNITED STATES MAGISTRATE JUDGE