# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TODD BENNETT, | CASE NO. 1:09-cv-00879-LJO-SKO |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES** |
| v. | |
| SMITHKLINE BEECHAM CORPORATION, | |
| Defendant. | (Docket No. 28) |

On July 30, 2010, the parties filed a stipulation requesting that the Court modify the existing scheduling order in this matter. The parties request the following modifications:

| | **Initial Deadline** | **Requested Extension** |
|---|---|---|
| **Non-Expert Discovery** | August 20, 2010 | September 24, 2010 |
| **Plaintiff's Expert Disclosure** | September 10, 2010 | October 8, 2010 |
| **Depose Plaintiff's Expert Witness** | October 22, 2010 | November 12, 2010 |
| **Conduct IME of Plaintiff** | October 29, 2010 | November 19, 2010 |
| **Defendant's Expert Disclosure** | November 19, 2010 | December 10, 2010 |

The parties agree that all other deadlines set forth in the November 12, 2009, scheduling order are to remain **unchanged.**

1  Accordingly, IT IS HEREBY ORDERED THAT the parties' stipulated request for an
2  extension of discovery deadlines as set forth above is GRANTED.

4  IT IS SO ORDERED.

5  **Dated:**   **August 2, 2010**                             /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

2