# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BENNETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM CORPORATION and DOES 1 Through 50, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.   1:09-cv-879-LJO-MJS<br><br>ORDER MODIFYING SCHEDULING ORDER AND CONTINUING TRIAL<br><br>(ECF No. 31) |

The Parties' Joint Stipulation for Order Modifying Scheduling Order and Continuing Trial Date is accepted and adopted by the Court. (ECF No. 31.) It is therefore **ORDERED** that the deadlines contained in the August 2, 2010 Amended Scheduling Conference Order (ECF No. 29) are **AMENDED** as follows:

1. The non-expert discovery deadline previously set for 9/24/2010 is extended until 1/24/2011.

2. Plaintiff's expert disclosure deadline previously set for 10/8/2010 is extended until 2/7/2011.

3. Defendant's deadline to depose Plaintiff's expert witnesses previously set for 11/12/2010 is extended until 3/11/2011.

4. Defendant's deadline to conduct any independent medical examination of Plaintiff previously set for 11/19/2010 is extended to 3/21/2011.

5. Defendant's expert disclosure deadline previously set for 12/10/2010 is extended until 4/11/2011.

1 | 6. Non-Dispositive Motions previously due by 1/14/2011 is extended until 5/16/2011.

2 | 7. Dispositive Motions previously due by 3/4/2011 is extended until 7/5/2011.

3 | 8. The pre-trial conference previously set for 6/13/2011 is continued to 10/13/2011.

4 | 9. The trial date previously set for 8/8/2011 is continued to 12/12/2011.

The Court notes that these dates and deadlines are being extended to enable the parties to participate in mediation approximately 45 days from now. The dates are extended well beyond 45 days to ensure the parties have ample opportunity to complete the mediation and finalize settlement, if any, agreed upon therein, or, failing that, sufficient time to maintain the new pre-trial schedule. No further request to extend the deadlines and dates should be necessary.

IT IS SO ORDERED.

Dated:   September 27, 2010          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE