UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION and DOES 1 Through 50, inclusive,<br><br>    Defendants. | Case No. 1:09-CV-00879-LJO-MJS<br>Hon. Lawrence J. O'Neill<br>Courtroom 4 – (7th Floor)<br><br>**ORDER**<br><br>Date Action Filed: May 18, 2009 |

The court has before it the Parties' "Stipulation for Voluntary Dismissal With Prejudice as to Plaintiff Todd Bennett. Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Further, the parties may stipulate that the dismissal be with prejudice. Fed. R. Civ. P. 41(a)(1)(B).

LA01/ 366518.1                                    1

**LAW OFFICES**
DRINKER BIDDLE &
REATH LLP
Los Angeles

ORDER

1  Therefore, **IT IS ORDERED GRANTING** the Parties Stipulation for
2  Dismissal.  **IT IS ORDERED** that the Complaint is dismissed with prejudice, each
3  party to bear its own costs and attorneys' fees.  All the claims of all the parties in
4  *Bennett,* Case No. 1:09-CV-00879-LJO-MJS having been dismissed with prejudice,
5  this action is terminated.

7  Dated:  __December 30, 2010            By: /s/ Lawrence J. O'Neill_____
8                                                            Hon. Lawrence J. O'Neill
                                                              United States District Court Judge

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA01/ 366518.1                                    2

ORDER